| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>175497<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Julio Cesar Chiquini<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:11-bk-34077-JW<br>CHAPTER: 13<br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE[11 U.S.C. § 506(d)]**<br>DATE:  OCTOBER 5, 2011<br>TIME:  01:30 PM<br>COURTROOM:  302<br>FLOOR:  3RD |
|---|---|

1. TO:  BANK OF AMERICA, N.A

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:  ☐ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana

    ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara

    ☒ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

| Date: September 6, 2011 | L. BISHOP AUSTIN & ASSOCIATES |
|---|---|
| | Printed name of law firm *(if applicable)* |
| L. Bishop Austin 175497 | /s/ L. Bishop Austin |
| Printed Name of Individual Debtor or Attorney for Debtor | Signature of Individual Debtor or Attorney for Debtor |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                              Page 1                                              F 4003-2.4.MOTION

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**

(DEBTOR: ____Julio Cesar Chiquini____)

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** __BANK OF AMERICA, NA__

**1. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

Street Address: __2522 Cavalcade Ct__
Unit Number: ____
City, State, Zip Code: __Perris, CA 92571__

Legal description of Property for document recording number *(including county of recording)*:

☐ See attached page for legal description of Property or document recording number.

**2. Case History:**

   **a.** A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on *(specify petition date):* __07/27/2011__

   **b.** ☐ An Order of Conversion to chapter 13 was entered on *(specify date):* ____

**3. Grounds for Avoidance of Junior Lien:**

   **a.** As of *(date of title review)* __09/06/2011__, the Property is subject to the following liens in the amounts specified securing the debt against the Property, that the debtor seeks to have treated as indicated:

   (1) *(Name of holder of 1st lien)* __Bank of America, NA__ in the amount of $ __155,200.0__ .

   (2) *(Name of holder of 2nd lien)* __Bank of America, NA__ in the amount of $ __42,259.52__ ☒ is ☐ is not to be avoided;

   (3) *(Name of holder of 3rd lien)* __None__ in the amount of $ ____ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

   As of *(date of valuation/appraisal)* __09/04/2011__, Property is worth no more than *(value per valuation/appraisal)* $ __120,000.00__ .

   **b.** As a result, Respondent's Lien encumbering the Property is wholly unsecured.

   **c. Evidence in Support of Motion:**

   (1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on *(type of evidence)* __most current mortgage statement with Notice of Trustee sale__, attached hereto and identified as Exhibit __A__ .

   (2) ☐ The amount of the lien identified in paragraph 3(a)(2) is based on *(type of evidence)* __Proof of claim filed by lender__, attached hereto and identified as Exhibit __B__ .

   (3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on *(type of evidence)* ____, attached hereto and identified as Exhibit ____ .

   (4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit __C. Title report from Fidelity Title company showing current lien positions__ .

   (5) ☒ The value of the Property from paragraph 3(b) is based on *(type of evidence)* __appraisal report dated 09/04/2011__, attached as Exhibit __D__ .

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 2    F 4003-2.4.MOTION

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence *(specify/identify supplemental evidence)*: _____ attached as Exhibit ___.

**d. WHEREFORE, Debtor prays that this Court issue an Order granting the this Motion and establishing that:**

(1) The Property is valued at no more than *(requested value)* $ 120,000.00        .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per the filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: The Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

**e.** ☐ See attached continuation page for additional provisions.


Date: September 6, 2011                                         Respectfully submitted,

                                                                By:  /s/ L. Bishop Austin
                                                                        Signature of Debtor or Attorney for Debtor

                                                                Name:  L. Bishop Austin
                                                                        Printed Name of Debtor or Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                   Page 3                                   F 4003-2.4.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as __Debtor's Motion to Avoid Junior Lien on Principal Residence__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __09/06/2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Leroy Bishop Austin lbishopbk@yahoo.com, lbishopbk@gmail.com Rod (WJ) Danielson (TR) notice-efile@rodan13.com Bernard J Kornberg bjk@severson.com United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __09/06/2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date __September 6, 2011__    Signature: __/s/ L. Bishop Austin__

Printed Name: __L. Bishop Austin 175497__

**II. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder *(name and address)* BANK OF AMERICA NA 101 S Tryon St Charlotte, NC 26202 | Address from: ☐ Proof of Claim ☐ Secretary of State ☒ FDIC website ☐ Other: *specify* | Delivery Method ☒ US Mail ☐ Certified Mail - Tracking#_____ ☐ Overnight Mail - Tracking#_____ Carrier Name: |
|---|---|---|
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from: ☐ Proof of Claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified Mail - Tracking#_____ ☐ Overnight Mail - Tracking#_____ Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from: ☐ Proof of Claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified Mail - Tracking#_____ ☐ Overnight Mail - Tracking#_____ Carrier Name: |

| 2nd lienholder *(name and address)* BANK OF AMERICA NA Attn.: President or Director 101 S Tryon St Charlotte, NC 26202 | Address from: ☐ Proof of Claim ☐ Secretary of State ☒ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☒ Certified Mail - 7007 1680 0000 Tracking#____ 1790 8860 ☐ Overnight Mail - Tracking#_____ Carrier Name: |
|---|---|---|
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* CT CORPORATION SYSTEM 818 W. Seventh St Los Angeles, CA 90017 | Address from: ☐ Proof of Claim ☒ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☒ Certified Mail - 7007 1680 000 Tracking#____ 1790 8853 ☐ Overnight Mail - Tracking#_____ Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* BANK OF AMERICA, NA ATT.: DEBRA WALL PO BOX 26012 NC4 105 03 14 GREENSBORO, NC 27410 | Address from: ☒ Proof of Claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☒ Certified Mail - 7007 1680 000 Tracking#____ 1790 8846 ☐ Overnight Mail - Tracking#_____ Carrier Name: |

| 3rd lienholder *(name and address)* | Address from: ☐ Proof of Claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified Mail - Tracking#_____ ☐ Overnight Mail - Tracking#_____ Carrier Name: |
|---|---|---|
| 3rd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from: ☐ Proof of Claim ☐ Secretary of State ☐ FDIC website ☐ Other: *specify* | Delivery Method ☐ US Mail ☐ Certified Mail - |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                      Page 5                                      F 4003-2.4.MOTION

| | | |
|---|---|---|
| | | Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| 3rd lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

| | | |
|---|---|---|
| Alternative/Additional Address *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |
| Alternative/Additional Address *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail -<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 6    F 4003-2.4.MOTION

Your Bank at a Glance as of 09/01/2011 .

**Bank of America, National Association** (FDIC Cert: 3510) **is FDIC Insured.**

**Bank of America, National Association** has been FDIC insured since **January 1, 1934.**
It was established on **October 17, 1904.**
Its main office (headquarters) is located at:
    101 S Tryon St
    Charlotte, North Carolina 28202
    County of Mecklenburg

Bank of America, National Association has **6118** Domestic Branches (Offices) located in **36** state(s) and **228** Foreign Offices. (Check to locate Branches (Offices) by state.)

Bank of America, National Association's reported (or primary) website: http://www.bankofamerica.com:80/

Bank of America, National Association is chartered as a National Bank. Therefore the primary federal regulator is the **Office of the Comptroller of the Currency (OCC)**. For **consumer assistance** regarding an issue with this institution, please contact the **OCC** directly using http://www.helpwithmybank.gov/.

  Calculate your FDIC insurance coverage at Bank of America, National Association using FDIC EDIE at www.fdic.gov/edie.
  Last financial information available about Bank of America, National Association.
  Historical profile of Bank Of America, National Association.

  For additional information please click on one of the following:
    1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
    2. View the industry's overall picture - Statistics at a Glance
      (This will open a new window.)
    3. Current Financial data about your bank - Institution Directory – Two years Financial Report
      (This will open a new window.)
    4. Examine your bank's financial data - CALL/TFR Financial Information 6/30/2011 Latest Available
    5. Study branching and deposit market share - Summary of Deposits/Market Share
    6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compare
    7. Review industry using 8 predefined reports - Statistics on Depository Institutions
    8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
      (This will open a new window.)
    9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
    10. View branch office deposit information - Summary of Deposits
    11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
    12. FDIC's Disclaimer - FDIC's Disclaimer

Questions, Suggestions & Requests

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries | Other Services

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Annual/Biennial Statements
Filing Tips
Information Requests
(certificates, copies & status reports)
Service of Process
FAQs
Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alert
(misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, September 02, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Entity Number: | C2551762 |
| Date Filed: | 04/14/2003 |
| Status: | ACTIVE |
| Jurisdiction: | UNITED STATES |
| Entity Address: | 214 N TRYON STREET |
| Entity City, State, Zip: | CHARLOTTE NC 28255 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2011    California Secretary of State